UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STUART C. IRBY COMPANY,

    Plaintiff,

v.                                        Case No. 14-51092

BAYVIEW ELECTRIC COMPANY, LLC,

    Defendant.
                                               /

**ORDER GRANTING IN PART APPLICATION FOR RELIEF FROM
LOCAL COUNSEL REQUIREMENT**

On August 12, 2014, Plaintiff filed the present action to enforce a judgment issued by the United States District Court for the Northern District of Mississippi. Plaintiff asks the court to waive its local counsel requirement which states:

> A member of the bar of this court who appears as attorney of record in the district court and is not an active member of the State Bar of Michigan must specify as local counsel a member of the bar of this court with an office in the district. . . . On application, the court may relieve an attorney who is not an active member of the State Bar of Michigan of the obligation to specify local counsel.

E.D. Mich. Local R. 83.20(f)(1). On the assumption that the litigation in this court will be entirely on the papers, the motion is granted. However, if in-court action is required, this order shall not control, and Plaintiff will need to specify local counsel at that time. Accordingly,

IT IS ORDERED that Plaintiff's "Application for Relief from Local Counsel Requirement" (Dkt. # 3) is GRANTED IN PART as specified above.

      s/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  August 25, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 25, 2014, by electronic and/or ordinary mail.

      s/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522